**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00241-REB-MJW

KELLY ROSELLE,

    Plaintiff,

v.

AUTOTRADER.com, INC., a Delaware corporation

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#24][1] filed January 9, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with each party to bear their own costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#24] filed January 9, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for March 22, 2013, are **VACATED**;

3. That the jury trial set to commence April 8, 2013, is **VACATED**; and

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 10, 2013, at Denver, Colorado.

BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge